JAY M. ACKLEY, APPELLANT, v. JAMES NORCROSS ET AL., RESPONDENTS.

Submitted October 27, 1939—Decided January 25, 1940.

For the appellant, *William C. Gotshalk*.

For the respondents, *Albert H. Woodruff*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Porter in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, CASE, BODINE, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 11.

*For reversal*—None.